IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| SYMBOLGY INNOVATIONS, LLC § | |
| § | |
| Plaintiff, § | CIVIL ACTION NO. 2:17-cv-00023 |
| § | |
| v. § | JURY TRIAL DEMANDED |
| § | |
| ERGOTRON, INC., § | |
| d/b/a OMNIMOUNT § | |
| § | |
| Defendant. § | |

## MOTION FOR DISMISSAL

Under Federal Rule of Civil Procedure 41(a), Symbology Innovations, LLC ("SI") moves to dismiss all claims by and between the parties with prejudice, with each party bears its own attorneys' fees and costs.

Dated:  April 7, 2017         Respectfully Submitted,

*/s/ Eugenio J. Torres-Oyola*
Eugenio J. Torres-Oyola
USDC No. 215505
**Ferraiuoli LLC**
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001

Jean G. Vidal Font
USDC No. 227811
Ferraiuoli LLC
221 Plaza, 5th Floor
221 Ponce de León Avenue
San Juan, PR 00917
Telephone: (787) 766-7000
Facsimile: (787) 766-7001
Email: jvidal@ferraiuoli.com

**ATTORNEYS FOR PLAINTIFF**
*Symbology Innovations, LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this document was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email, on this the 7th day of April, 2017.

/s/ Eugenio J. Torres-Oyola
Eugenio J. Torres Oyola

## CERTIFICATE OF CONFERENCE

The undersigned certifies that the parties have complied with the meet and confer requirement in Local Rule CV-7 (h) and that all parties are in agreement to the relief requested in this unopposed motion.

/s/Eugenio J. Torres-Oyola
Eugenio J. Torres-Oyola